IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, *et al.*,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>BP P.L.C.; *et al.*,<br><br>*Defendants*. | MDL No. 10-MD-2185<br><br>Civil Action No. 4:14-cv-00457 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Arkansas Teacher Retirement System, Employees' Retirement System of the State of Hawaii, and Illinois Municipal Retirement Fund (collectively, the "Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Robert W. Dudley, Anthony B. Hayward, Andrew G. Inglis, Robert Malone, H. Lamar McKay, David Rainey, and Douglas J. Suttles (collectively, the "Defendants," and together with Plaintiffs, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle Plaintiffs' claims against Defendants in this action;

NOW, THEREFORE, it is hereby stipulated that Plaintiffs' claims against Defendants in this action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), and each party shall bear its own costs and attorneys' fees.

Dated: January 6, 2021

| | |
|---|---|
| LABATON SCHAROW LLP | HUNTON ANDREWS KURTH LLP |
| By: _/s/ Thomas A. Dubbs_ | By: _/s/ Thomas W. Taylor_ |
| Thomas A. Dubbs (*pro hac vice*) | Thomas W. Taylor |
| tdubbs@labaton.com | Texas State Bar No. 19723875 |
| Eric J. Belfi (*pro hac vice*) | S.D. Tex. Bar No. 3906 |
| ebelfi@labaton.com | 600 Travis, Suite 4200 |
| Mark S. Willis (*pro hac vice*) | Houston, Texas 77002 |
| mwillis@labaton.com | (713) 220-4200 |
| Thomas G. Hoffman, Jr. (*pro hac vice*) | (713) 220-4285 (fax) |
| thoffman@labaton.com | ttaylor@huntonak.com |
| 140 Broadway | |
| New York, New York 10005 | *Attorney-in-Charge for Defendants* |
| (212) 907-0700 | *(other than David Rainey)* |
| (212) 818-0477 (fax) | |
| | SULLIVAN & CROMWELL LLP |
| *Attorneys for Plaintiffs Arkansas Teacher Retirement System, Employees' Retirement System of the State of Hawaii, and Illinois Municipal Retirement Fund* | Richard C. Pepperman, II (*pro hac vice*) |
| | Marc De Leeuw (*pro hac vice*) |
| | 125 Broad Street |
| | New York, New York 10004 |
| | Telephone: (212) 558-4000 |
| | peppermanr@sullcrom.com |
| MASHAYEKH & CHARGOIS, P.C. | deleeuwm@sullcrom.com |
| Damon J. Chargois | |
| One Riverway, Suite 1700 | Amanda F. Davidoff (*pro hac vice*) |
| Houston, Texas 77056 | 1700 New York Avenue, N.W. |
| (713) 840-6313 | Washington, D.C.  20006 |
| | Telephone:  (202) 956-7500 |
| *Local Counsel for Plaintiffs Arkansas Teachers Retirement System, Employees' Retirement System of the State of Hawaii, and Illinois Municipal Retirement Fund* | davidoffa@sullcrom.com |
| | *Attorneys for Defendants* |
| | *(other than David Rainey)* |

- 3 -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr. (*pro hac vice*)
Jaren Janghorbani (*pro hac vice*)
Alexia D. Korberg (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019
(212) 373-3089
(212) 492-0089 (Fax)

*Attorney for Defendant Douglas J. Suttles*

COOLEY GODWARD KRONISH LLP
Kathleen Goodhart (*pro hac vice*)
101 California Street
5th Floor
San Francisco, CA  94111-5800
(415) 693 2000
(415) 693 2222 (Fax)

*Attorney for Defendant Andrew G. Inglis*

STEPTOE & JOHNSON LLP
Patrick F. Linehan (*pro hac vice*)
Reid H. Weingarten (*pro hac vice*)
Brian M. Heberlig (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendant David Rainey*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, *et al.*, <br><br> *Plaintiffs*, <br><br> -v.- <br><br> BP P.L.C.; *et al.*, <br><br> *Defendants*. | MDL No. 10-MD-2185 <br><br> Civil Action No. 4:14-cv-00457 |

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiffs Arkansas Teacher Retirement System, Employees' Retirement System of the State of Hawaii, and Illinois Municipal Retirement Fund (collectively, the "Plaintiffs"), and Defendants BP, p.l.c., BP America, Inc., BP Exploration & Production, Inc., Robert W. Dudley, Anthony B. Hayward, Andrew G. Inglis, Robert Malone, H. Lamar McKay, David Rainey, and Douglas J. Suttles (collectively, the "Defendants")  in the above-referenced action, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Voluntary Dismissal with Prejudice is GRANTED in all respects and Plaintiffs' claims against Defendants in this action are hereby DISMISSED with prejudice.

- 5 -

IT IS FINALLY ORDERED that all costs are adjusted against the party incurring the same.

SIGNED this the ___ day of _____ in Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE